UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PORTLAND NATURAL GAS TRANSMISSION
SYSTEM AND GAS TRANSMISSION
NORTHWEST CORPORATION,

Plaintiffs,

v.

CALPINE CORPORATION, *et al.*,

Defendants.

Case No. 07-cv-09584-GEL

**Rule 7.1 Statement**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Portland Natural Gas Transmission System ("PNGTS") and Gas Transmission Northwest Corporation ("GTN") (both private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of such parties, which are publicly held.

**PNGTS**

PNGTS is an indirect, partially-owned subsidiary of TransCanada PipeLines Limited, which is a wholly-owned subsidiary of TransCanada Corporation. PNGTS is also an indirect, partially-owned subsidiary of Gaz Metropolitain and Company, L.P., which is an indirect, partially-owned subsidiary of Enbridge, Inc. TransCanada PipeLines Limited, TransCanada Corporation, Gaz Metropolitain and Company, L.P., and Enbridge, Inc. are publicly traded entities.

**GTN**

GTN is a wholly-owned subsidiary of TransCanada PipeLines Limited, which is a wholly-owned subsidiary of TransCanada Corporation. TransCanada PipeLines Limited and TransCanada Corporation are publicly traded entities.

Dated: October 30, 2007								Respectfully submitted,

/s/ Mark T. Power
Mark T. Power (MP-1607)
Jeffrey Zawadzki (JZ-1656)
**HAHN & HESSEN LLP**
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

- and -

**ELROD, PLLC**
David W. Elrod (TX State Bar 06591900)
Craig Tadlock (TX State Bar 00791766)
500 N. Akard Street, Suite 3000
Dallas, Texas 75201
Telephone: (214) 855-5188
Facsimile: (214) 855-5183

*Attorneys for PNGTS and GTN*


### CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2007, the above-referenced document was served upon the following parties via e-mail and by first class mail: Kirkland & Ellis LLP, Citigroup Center, 153 East 53rd Street, New York, New York 10022, *Attn: Richard M. Cieri*, Kirkland & Ellis LLP, AON Center, 200 East Randolph Drive, Chicago, Illinois 60601, *Attn: David R. Seligman,* Kirkland & Ellis LLP, 655 Fifteenth Street, N.W., Washington, DC 20005, *Attn: James W. Draughn, Jr.*; and Kirkland & Ellis LLP, 555 California Street, San Francisco, California 94101, *Attn: Mark E. McKane.*

/s/ Jeffrey Zawadzki
Jeffrey Zawadzki

909400.002-1359929.1