UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PORTLAND NATURAL GAS TRANSMISSION
SYSTEM AND GAS TRANSMISSION
NORTHWEST CORPORATION,

                            Plaintiffs         Case No. 07-cv-009584-GEL

      v.

CALPINE CORPORATION, *et al.*,

                            Defendants.
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

      Marlena Graziano, duly sworn, deposes and says:

      1.    I am over 18 years of age and live in Suffolk County, State of New York, and am not a party to the above action.

      2.    On October 30, 2007, I caused to be served by first class mail and e-mail, a true copy of the *Gas Transmission Northwest Corporation and Portland Natural Gas Transmission System's Motion to Withdraw the Reference as to Article V, Section A.2, of the Debtors' Fourth Amended Joint Plan of Reorganization and Debtors' Limited Objection to the Claims of Gas Transmission Northwest Corporation and Portland Natural Gas Transmission System for Lack of Jurisdiction, and Legal Memorandum in Support* and *Rule 7.1 Statement* upon the parties listed below, at the addresses shown, by depositing a true copy thereof in a depository of the United States Postal Service.

| | |
|---|---|
| Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022<br>Attn: Richard M. Cieri<br>rcieri@kirkland.com | Kirkland & Ellis LLP<br>AON Center<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Attn: David R. Seligman<br>dseligman@kirkland.com |
| Kirkland & Ellis LLP<br>655 Fifteenth Street, N. W.<br>Washington, DC 20005<br>Attn: James W. Draughn, Jr.<br>jdraughn@kirkland.com | Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94101<br>Attn: Mark E. McKane<br>mmckane@kirkland.com |

_____
Marlena Graziano

Sworn to before me this
30th day of October, 2007

By: _____
Notary Public

CECILIA CELLI
Notary Public, State of New York
No. 03-3597860
Qualified in Putnam County
Commission Expires June 30, 20 11