AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Ph: 212.872.1000
Fx: 212.872.1002
Michael S. Stamer (MS-4900)
Philip C. Dublin (PD-4919)
Abid Qureshi (AQ-4882)
Philip M. Abelson (PA-0809)

*Counsel for the Official Committee
of Unsecured Creditors of Calpine Corporation, et al.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

In re:

CALPINE CORPORATION, *et al.*,

                               Debtors.

---------------------------------------------------------------X

PORTLAND NATURAL GAS TRANSMISSION
SYSTEM AND GAS TRANSMISSION
NORTHWEST CORPORATION,

                               Plaintiffs,

vs.

CALPINE CORPORATION, *et al.*,

                               Defendants.

---------------------------------------------------------------X

Case No. 07-09584 (GEL)

**CORPORATE DISCLOSURE STATEMENT OF THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, *ET AL.***

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Official Committee of Unsecured Creditors of Calpine Corporation, *et al.* (the "Committee") hereby certifies the following on behalf of each member of the Committee:

7901670

HESS CORPORATION, located at 1185 Avenue of the Americas, New York, New York 10036, is a publicly held corporation and no corporation owns 10% or more of its stock.

FRANKLIN ADVISERS, INC., located at One Franklin Parkway, San Mateo, CA 94403-1906, is a wholly-owned subsidiary of Franklin Resources, Inc., which is a publicly held corporation.

HSBC BANK USA, NATIONAL ASSOCIATION, located at 10 East 40th Street, New York, New York 10016-0200, is an indirect, wholly-owned subsidiary of HSBC Group PLC, which is a publicly held corporation.

SPO PARTNERS & CO., located at 591 Redwood Highway, Suite 3215, Mill Valley, CA 94941, is not a publicly held corporation and no corporation owns 10% or more of its stock.

TRANSCANADA PIPELINES LIMITED, located at 450 First Street South West, Calgary, Alberta T2P 5H1 Canada, is a wholly-owned subsidiary of Transcanada Corp., which is a publicly held corporation.

WILMINGTON TRUST COMPANY, located at 1100 North Market Street, Wilmington, Delaware 19890-1615, is a wholly-owned subsidiary of Wilmington Trust Corporation, which is a publicly held corporation.

Dated:  November 9, 2007
        New York, New York

/s/ Michael S. Stamer

Michael S. Stamer (MS-4900)
Philip C. Dublin (PD-4919)
Abid Qureshi (AQ-4882)
Philip M. Abelson (PA-0809)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Ph: 212.872.1000
Fx: 212.872.1002
mstamer@akingump.com

*Counsel for the Official Committee of Unsecured Creditors of Calpine Corporation, et al.*