UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              )
In re:                                                        )
                                                              )
CALPINE CORPORATION, *et al.*,                                )
                                                              )
                                   Debtors.                   )
-------------------------------------------------------------X
PORTLAND NATURAL GAS TRANSMISSION                             )
SYSTEM AND GAS TRANSMISSION                                   )
NORTHWEST CORPORATION,                                        )
                                                              )
                                   Plaintiffs,                )   Case No. 07-09584 (GEL)
                                                              )
vs.                                                           )
                                                              )
CALPINE CORPORATION, *et al.*,                                )
                                                              )
                                   Defendants.                )
-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )

       SAHAR AZAR

       1.    Deponent is not a party to this action, is over 18 years of age and is an employee of Akin Gump Strauss Hauer & Feld LLP, 590 Madison Avenue, New York, New York 10022.

       2.    On November 9, 2007, I caused true and correct copies of the Memorandum of Law of the Official Committee of Unsecured Creditors of Calpine Corporation, *et al.* in Opposition to Gas Transmission Northwest Corporation and Portland Natural Gas Transmission System's Motion to Withdraw the Reference as to Article V, Section A.2, of the Debtors' Fourth Amended Joint Plan of Reorganization and Debtors' Limited Objection to the Claims of Gas Transmission Northwest

Corporation and Portland Natural Gas Transmission System for Lack of Jurisdiction to be served upon the parties listed on the annexed Service List A hereto in the manner indicated therein.

/s/ Sahar Azar
SAHAR AZAR

Sworn to before me this 9th
day of November 2007

/s/ Roselynne D. Mizner
Roselynne D. Mizner
Notary Public, State of New York
No. 01M15003432
Qualified in New York County
Commission Expires March 7, 2011

## SERVICE LIST A

| | |
|---|---|
| **David W. Elrod**<br>Elrod, PLLC<br>500 N. Akard St.<br>Suite 3000<br>Dallas, TX 75201<br>*Via Overnight* | **Edward O. Sassower**<br>Kirkland & Ellis, LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4611<br>*Via Overnight* |
| **Richard M. Cieri**<br>Kirkland & Ellis, LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4611<br>*Via Overnight* | **David R. Seligman**<br>Kirkland & Ellis LLP<br>AON Center<br>200 East Randolph Drive<br>Chicago, IL 60601<br>*Via Overnight* |
| **James W. Draughn, Jr.**<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>*Via Overnight* | **Mark E. McKane**<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94101<br>*Via Overnight* |