UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------  x
In re:                                                           :
                                                                 :   Chapter 11
                                                                 :
Calpine Corporation, et al.,                                     :
                                                                 :   Case No.  05-60200 (BRL)
                           Debtors.                              :   (Jointly Administered)
---------------------------------------------------------------  x
Portland Natural Gas Transmission System and                     :
Gas Transmission Northwest Corporation,                          :
                                                                 :
                           Plaintiffs,                           :   Case No. 07-cv-09584 (GEL)
                                                                 :
       - against -                                               :
                                                                 :
Calpine Corporation, et al.,                                     :
                                                                 :
                           Defendants.                           :
---------------------------------------------------------------  x
```

## CORPORATE DISCLOSURE STATEMENT OF CALPINE CORPORATION, et al.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Calpine Corporation, et al., ("Defendants"), a nongovernmental corporate party in this case, hereby certifies the following on behalf of Defendants:

Parent Corporations:

Calpine Corporation is the parent corporation.

1. Publicly held companies owning 10% of more of its stock:

    As of September 30, 2007, no publicly held companies own 10% or more of Calpine Corporation's stock.

Dated:  November 9, 2007    /s/ Gregory T. Heyman
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Richard M. Cieri (RC 6062)
Edward O. Sassower (ES 5823)
Gregory T. Heyman (GH 4399)

Counsel for Defendants Calpine Corporation, et al.