UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
In re:                                                       :
                                                             :   Chapter 11
Calpine Corporation, et al.,                                 :
                                                             :   Case No. 05-60200 (BRL)
                                       Debtors.              :   (Jointly Administered)
------------------------------------------------------------ x
Portland Natural Gas Transmission System and                 :
Gas Transmission Northwest Corporation,                      :
                                                             :
                                       Plaintiffs,           :   Case No. 07-cv-09584 (GEL)
                                                             :
                    - against -                              :
                                                             :
Calpine Corporation, et al.,                                 :
                                                             :
                                       Defendants.           :
------------------------------------------------------------ x
```

## AFFIDAVIT OF SERVICE

I, Jacob Goldfinger, state as follows:

     1.     I am over 18 years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by Kirkland & Ellis LLP, located at Citigroup Center, 153 East 53rd Street, New York, NY 10022-4611.

     2.     November 9, 2007, I caused service of **Debtors' Opposition to Gas Transmission Northwest Corporation and Portland Natural Gas Transmission System's Motion to Withdraw the Reference** and **Rule 7.1 Corporate Disclosure Statement**, filed on behalf of Calpine Corporation, et al., to be effected on the party listed below addressed as shown by overnight delivery service, prior to the latest time designated for overnight delivery:

David Elrod, Craig Tadlock
Elrod PLLC
500 North Akard St., Suite 3000
Dallas, TX 75201

1

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

Dated: New York, New York
November 13, 2007

_____
Jacob Goldfinger

State of New York       )
                        ) ss
County of New York      )

Subscribed and sworn to before me
this 13th day of November, 2007.

_____
Beverly A. Webb
Notary Public, State of New York
No. 24-4867475
Qualified in Kings County
Certificate filed in New York County
Commission Expires August 25, 2010