KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Richard M. Cieri (RC 6062)
Matthew A. Cantor (MC 7727)

and

KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Bennett L. Spiegel (BS 7153)

Counsel for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| Calpine Corporation, et al., | ) |
| | ) Case No. 05-60200 (BRL) |
| Debtors. | ) Jointly Administered |
| | ) |

**NOTICE OF WITHDRAWAL OF DEBTORS' NOTICE REJECTING CERTAIN EXECUTORY CONTRACTS**

1. On February 6, 2006, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed their Notice Rejecting Certain Executory Contracts (the "Rejection Notice") (Docket No. 718) seeking to reject that certain Gas Transportation Contract for Firm Transportation Service, dated as of February 12, 1998, between Portland Natural Gas Transmission System and Rumford Power Associates Limited Partnership, and any amendments thereto (the "PNGTS Contract").

2. The Debtors hereby withdraw without prejudice the Rejection Notice related to the PNGTS Contract.

3. The Debtors reserve their rights with respect to the PNGTS Contract, including

their right to reject such contract in the future.

## Notice

Notice of this Motion has been provided to: (a) the United States Trustee for the Southern District of New York; (b) the Official Committee of Unsecured Creditors; (c) counsel to the administrative agents for the Debtors' prepetition secured lenders; (d) counsel to the ad hoc committees; (e) the indenture trustees pursuant to the Debtors' secured indentures; (f) counsel to the Debtors' postpetition lenders; (g) the Securities and Exchange Commission; (h) the Internal Revenue Service; (i) the United States Department of Justice; (j) the counterparties to the PNGTS contract; and (i) all parties entitled to notice pursuant to Bankruptcy Rule 2002.  The Debtors submit that such notice is sufficient and no other or further notice is required.  A copy of the Application is also available on the website of the Debtors' notice and claims agent, Kurtzman Carson Consultants LLC, at http://www.kccllc.net/calpine.

Dated: February 23, 2006

    Respectfully submitted,

    KIRKLAND & ELLIS LLP

    /s/ *Bennett L. Spiegel*
Richard M. Cieri (RC 6062)
Matthew A. Cantor (MC 7727)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York  10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

and

Bennett L. Spiegel (BS 7153)
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone:  (213) 680-8400
Facsimile:   (213) 680-8500

Counsel for the Debtors