UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

CALPINE CORPORATION, et al.,

        Debtors

Chapter 11
Case No. 05-60200-BRL
(Jointly Administered)

District Court
Case No. 07-cv-09584 (GEL)

---

## AFFIDAVIT OF SERVICE

Marlena Graziano, duly sworn, deposes and says:

1. I am over 18 years of age, reside in the County of Suffolk, State of New York and am not a party to the above action.

2. On November 20, 2007, I caused to be served a copy of *Gas Transmission Northwest Corporation and Portland Natural Gas Transmission System's Reply in Support of its Motion to Withdraw the Reference as to Article V, Section A.2, of the Debtors' Fourth Amended Joint Plan of Reorganization and Debtors' Limited Objection to the Claims of Gas Transmission Northwest Corporation and Portland Natural Gas Transmission System for Lack of Jurisdiction, and Legal Memorandum in Support* via overnight mail by depositing true copies thereof enclosed in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of Federal Express addressed to the parties on the attached service list:

                                      */s/ Marlena Graziano*
                                      MARLENA GRAZIANO

Sworn to before me this
20th day of November, 2007

*/s/ Susan Farrell*
Notary Public
SUSAN FARRELL
Notary Public, State of New York
No. 01FA4890039
Qualified in Nassau County
Commission Expires April 27, 20__

## SERVICE LIST

Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
Attn: Edward Sassower
      Richard Cieri

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Paul Schwartzberg

Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Attn: Alan W. Kornberg
      Andrew N. Rosenberg
      Elizabeth R. McColm

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn: David Mack
      Peter Pantaleo

Kirkland & Ellis LLP
200 East Randolph Street
Chicago, IL 60601
Attn: David R. Seligman
      Marc Kieselstein
      James J. Mazza, Jr.
      Mark E. McKane

Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
Attn: Steven B. Levine

Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022-2524
Attn: Michael S. Stamer
      Philip C. Dublin
      Alexis Freeman

Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn: Gary Kaplan
      Brad E. Scheler
      Adrian Feldman

909400.002 - 1367368.1