David W. Elrod (Texas State Bar No. 06591900)
Craig Tadlock (Texas State Bar No. 00791766)
ELROD, PLLC
500 N. Akard St., Suite 3000
Dallas, Texas 75201
Telephone:  (214) 855-5188
Facsimile:  (214) 855-5183

Mark T. Power (MP-1607)
Jeffrey Zawadzki (JZ-1656)
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
Telephone:  (212) 478-7200
Facsimile: (212) 478-7400

**Counsel for Portland Natural Gas Transmission
System and Gas Transmission Northwest
Corporation**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:

CALPINE CORPORATION, *et al.*,

                                        Debtors.

------------------------------------------------------------x

PORTLAND NATURAL GAS TRANSMISSION
SYSTEM and GAS TRANSMISSION NORTHWEST
CORPORATION,

                                        Plaintiffs,

                  -against-

CALPINE CORPORATION, *et al.*,

                                        Defendants.

------------------------------------------------------------x

Chapter 11

Bankruptcy Case No. 05-60200 (BRL)
(Jointly Administered)

Case No. 1:07-cv-09584 (GEL)

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

## MOTION FOR ORDER ALLOWING THE ADMISSION,
## PRO HAC VICE, OF DAVID W. ELROD

1.        Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Mark T. Power, a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

David W. Elrod
ELROD, PLLC
500 N. Akard Street, Suite 3000
Dallas, TX 75201
Tel: (214) 855-5188
Fax: (214) 855-5183
delrod@elrodtrial.com

2.     David W. Elrod is a member in good standing of the Bar of the State of Texas, all United States District Courts in the State of Texas, the United States Tax Court, and the United States Court of Appeals for the Fifth Circuit. David W. Elrod has also been granted admission pro hac vice to the United States Bankruptcy Court for the Southern District of New York in the Defendants' underlying bankruptcy case, case no. 05-60200 [Docket No. 289].

3.     There are no pending disciplinary proceedings against David W. Elrod in any State or Federal court.

Dated:  December 6, 2007
        New York, New York

Respectfully submitted,

HAHN & HESSEN LLP

Mark T. Power (MP 1607)
Jeffrey Zawadzki (JZ 1656)
488 Madison Avenue
New York, New York 10022
Telephone:  (212) 478-7200
Facsimile: (212) 478-7400

David W. Elrod (Texas State Bar No. 06591900)
Craig Tadlock (Texas State Bar No. 00791766)
ELROD, PLLC
500 N. Akard St., Suite 3000
Dallas, Texas 75201
Telephone:  (214) 855-5188
Facsimile:  (214) 855-5183

Mark T. Power (MP-1607)
Jeffrey Zawadzki (JZ-1656)
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
Telephone:  (212) 478-7200
Facsimile: (212) 478-7400

**Counsel for Portland Natural Gas Transmission
System and Gas Transmission Northwest
Corporation**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:

CALPINE CORPORATION, *et al.*,

                               Debtors.

-------------------------------------------------------------x

PORTLAND NATURAL GAS TRANSMISSION
SYSTEM and GAS TRANSMISSION NORTHWEST
CORPORATION,

                               Plaintiffs,

               -against-

CALPINE CORPORATION, *et al.*,

                              Defendants.

-------------------------------------------------------------x

Chapter 11

Bankruptcy Case No. 05-60200 (BRL)
(Jointly Administered)

Case No. 1:07-cv-09584 (GEL)

**AFFIDAVIT**

## AFFIDAVIT OF MARK T. POWER IN SUPPORT OF MOTION
## FOR ADMISSION, PRO HAC VICE, OF DAVID W. ELROD

State of New York       )
                            )    ss:
County of New York   )

MARK T. POWER, being duly sworn, hereby deposes and says as follows:

        1.     I am a member of the law firm of Hahn & Hessen LLP, counsel for

Plaintiff in the above-captioned action.  I am familiar with the proceedings in this case.  I make

this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit David W. Elrod as counsel pro hac vice to represent Plaintiffs in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January 1989. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Mr. David W. Elrod since June 2006.

4.    David W. Elrod is a member of the law firm Elrod, PLLC, located in Dallas, Texas.

5.    I have found David W. Elrod to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of David W. Elrod, pro hac vice, which is attached hereto as *Exhibit A*.

WHEREFORE it is respectfully requested that the motion to admit Mr. David W. Elrod, pro hac vice, to represent Plaintiffs in the above-captioned matter, be granted.

Dated:  December 6, 2007
        New York, New York

_____
Mark T. Power (MP 1607)

Sworn to before me this
6th day of December, 2007

_____
Notary Public

Jeffrey Zawadzki
Notary Public, State of New York
No. 01ZA5067204
Qualified in Queens County
Commission Expires Oct. 15, 2010

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

November 28, 2007

RE:   **Mr. David W. Elrod**
        State Bar Number - **06591900**

To Whom it May Concern:

This is to certify that Mr. David W. Elrod was licensed to practice law in Texas on November 06, 1978 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

John A. Neal
Chief Disciplinary Counsel

JN/dh



**P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222**

David W. Elrod (Texas State Bar No. 06591900)
Craig Tadlock (Texas State Bar No. 00791766)
ELROD, PLLC
500 N. Akard St., Suite 3000
Dallas, Texas 75201
Telephone:  (214) 855-5188
Facsimile:  (214) 855-5183

Mark T. Power (MP-1607)
Jeffrey Zawadzki (JZ-1656)
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
Telephone:  (212) 478-7200
Facsimile: (212) 478-7400

**Counsel for Portland Natural Gas Transmission
System and Gas Transmission Northwest
Corporation**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:

CALPINE CORPORATION, *et al.*,

                                                  Debtors.

------------------------------------------------------------x

PORTLAND NATURAL GAS TRANSMISSION
SYSTEM and GAS TRANSMISSION NORTHWEST
CORPORATION,

                                                  Plaintiffs,

                        -against-

CALPINE CORPORATION, *et al.*,

                                                  Defendants.

------------------------------------------------------------x

Chapter 11

Bankruptcy Case No. 05-60200 (BRL)
(Jointly Administered)

Case No. 1:07-cv-09584 (GEL)

**AFFIDAVIT**

## AFFIDAVIT OF SERVICE

MARLENA GRAZIANO, duly sworn, deposes and says:

1.      I am over 18 years of age, reside in the County of Suffolk, State of New York and

am not a party to the above action.

2.      On December 6, 2007, I caused to be served a copy of the *Motion for Admission,*

*Pro Hac Vice, of David Elrod* via first class mail by depositing true copies thereof enclosed in

pre-paid, properly addressed wrappers, in an official depository under the exclusive care and

custody of the United States Postal Service addressed to the parties on the service list annexed

hereto:

Marlena Graziano

Sworn to before me this
6th day of December, 2007

Notary Public

Jeffre ⸱⸱⸱ ⸱ki
Notary Publi⸱ ⸱ ⸱ew York
No. 012A⸱⸱067204
Qualified in Queens County
Commission Expires Oct. 15, 2010

## SERVICE LIST

Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
Attn:          Edward Sassower
               Richard Cieri


Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
21st Floor
New York, NY  10004
Attn:          Paul Schwartzberg

Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Attn:          Alan W. Kornberg
               Andrew N. Rosenberg
               Elizabeth R. McColm


Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
Attn:          David Mack
               Peter Pantaleo

Kirkland & Ellis LLP
200 East Randolph Street
Chicago, IL  60601
Attn:          David R. Seligman
               Marc Kieselstein
               James J. Mazza, Jr.
               Mark E. McKane

Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA  02111
Attn:          Steven B. Levine


Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY  10022-2524
Attn:          Michael S. Stamer
               Philip C. Dublin
               Alexis Freeman

Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004
Attn:          Gary Kaplan
               Brad E. Scheler
               Adrian Feldman

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:                                                    Chapter 11

CALPINE CORPORATION, *et al.*,                            Bankruptcy Case No. 05-60200 (BRL)
                                                          (Jointly Administered)

                                       Debtors.
------------------------------------------------------------x
PORTLAND NATURAL GAS TRANSMISSION
SYSTEM and GAS TRANSMISSION NORTHWEST
CORPORATION,                                              Case No. 1:07-cv-09584 (GEL)

                                       Plaintiffs,

            -against-                                     **ORDER FOR ADMISSION**
                                                          **PRO HAC VICE**
CALPINE CORPORATION, *et al.*,                            **ON WRITTEN MOTION**

                                       Defendants.
------------------------------------------------------------x

<u>**ORDER FOR ADMISSION, PRO HAC VICE, OF DAVID W. ELROD**</u>

      Upon the motion of Mark T. Power of Hahn & Hessen LLP, attorney for Plaintiffs, and

his affidavit in support thereof;

**IT IS HEREBY ORDERED** that

                    David W. Elrod
                    ELROD, PLLC
                    500 N. Akard Street, Suite 3000
                    Dallas, TX 75201
                    Tel: (214) 855-5188
                    Fax: (214) 855-5183
                    <u>delrod@elrodtrial.com</u>

is admitted to practice pro hac vice as counsel for Plaintiffs in the above-captioned case in the

United States District Court for the Southern District of New York.  All attorneys appearing

before this Court are subject to the local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: _____, 2007
      New York, New York

                                      _____
                                        United States District/Magistrate Judge