David W. Elrod (Texas State Bar No. 06591900)
Craig Tadlock (Texas State Bar No. 00791766)
ELROD, PLLC
500 N. Akard St., Suite 3000
Dallas, Texas 75201
Telephone: (214) 855-5188
Facsimile: (214) 855-5183

Mark T. Power (MP-1607)
Jeffrey Zawadzki (JZ-1656)
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

**Counsel for Portland Natural Gas Transmission System and Gas Transmission Northwest Corporation**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:

CALPINE CORPORATION, *et al.*,

                       Debtors.

------------------------------------------------------------x

PORTLAND NATURAL GAS TRANSMISSION SYSTEM and GAS TRANSMISSION NORTHWEST CORPORATION,

                       Plaintiffs,

-against-

CALPINE CORPORATION, *et al.*,

                       Defendants.

------------------------------------------------------------x

Chapter 11

Bankruptcy Case No. 05-60200 (BRL)
(Jointly Administered)

Case No. 1:07-cv-09584 (GEL)

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

**MOTION FOR THE ADMISSION,**
**PRO HAC VICE, OF CRAIG TADLOCK**

    1.    Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Mark T. Power, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

>Craig Tadlock
>ELROD, PLLC
>500 N. Akard Street, Suite 3000
>Dallas, TX 75201
>Tel: (214) 855-5188
>Fax: (214) 855-5183
>ctadlock@elrodtrial.com

2.   Craig Tadlock is a member in good standing of the Bar of the State of Texas, and the United States District Courts for the Northern and Eastern Districts of Texas. Craig Tadlock has also been granted admission pro hac vice to the United States Bankruptcy Court for the Southern District of New York in the Defendants' underlying bankruptcy case, case no. 05-60200 [Docket No. 285].

3.   There are no pending disciplinary proceedings against Craig Tadlock in any State or Federal court.

Dated:  December 6, 2007
        New York, New York

>Respectfully submitted,
>
>**HAHN & HESSEN LLP**
>
>/s/ Mark T. Power
>_____
>Mark T. Power (MP 1607)
>Jeffrey Zawadzki (JZ 1656)
>488 Madison Avenue
>New York, New York 10022
>Telephone:  (212) 478-7200
>Facsimile: (212) 478-7400

| | |
|---|---|
| David W. Elrod (Texas State Bar No. 06591900) | Mark T. Power (MP-1607) |
| Craig Tadlock (Texas State Bar No. 00791766) | Jeffrey Zawadzki (JZ-1656) |
| ELROD, PLLC | HAHN & HESSEN LLP |
| 500 N. Akard St., Suite 3000 | 488 Madison Avenue |
| Dallas, Texas 75201 | New York, New York 10022 |
| Telephone: (214) 855-5188 | Telephone: (212) 478-7200 |
| Facsimile: (214) 855-5183 | Facsimile: (212) 478-7400 |

**Counsel for Portland Natural Gas Transmission System and Gas Transmission Northwest Corporation**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| CALPINE CORPORATION, *et al.*, | Bankruptcy Case No. 05-60200 (BRL) (Jointly Administered) |
| Debtors. | |
| PORTLAND NATURAL GAS TRANSMISSION SYSTEM and GAS TRANSMISSION NORTHWEST CORPORATION, | Case No. 1:07-cv-09584 (GEL) |
| Plaintiffs, | |
| -against- | **AFFIDAVIT** |
| CALPINE CORPORATION, *et al.*, | |
| Defendants. | |

---------------------------------------------------------------x

### AFFIDAVIT OF MARK T. POWER IN SUPPORT OF MOTION
### FOR ADMISSION, PRO HAC VICE, OF CRAIG TADLOCK

State of New York      )
                       ) ss:
County of New York     )

MARK T. POWER, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm of Hahn & Hessen LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make

this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Craig Tadlock as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January 1989. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Craig Tadlock since June 2006.

4. Craig Tadlock is a member of the law firm Elrod, PLLC, located in Dallas, Texas.

5. I have found Craig Tadlock to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Craig Tadlock, pro hac vice, which is attached hereto as *Exhibit A*.

WHEREFORE it is respectfully requested that the motion to admit Craig Tadlock, pro hac vice, to represent Plaintiffs in the above-captioned matter, be granted.

Dated: December 6, 2007
New York, New York

Mark T. Power (MP 1607)

Sworn to before me this
6th day of December, 2007

Notary Public

Jeffrey Zawadzki
Notary Public, State of New York
No. 01ZA5067204
Qualified in Queens County
Commission Expires Oct. 15, 2010

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

November 28, 2007

RE:   **Mr. Charles Craig Tadlock**
      State Bar Number - **00791766**

To Whom it May Concern:

This is to certify that Mr. Charles Craig Tadlock was licensed to practice law in Texas on November 04, 1994 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

*John A. Neal* (signature)

John A. Neal
Chief Disciplinary Counsel

JN/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

David W. Elrod (Texas State Bar No. 06591900)
Craig Tadlock (Texas State Bar No. 00791766)
ELROD, PLLC
500 N. Akard St., Suite 3000
Dallas, Texas 75201
Telephone: (214) 855-5188
Facsimile: (214) 855-5183

Mark T. Power (MP-1607)
Jeffrey Zawadzki (JZ-1656)
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

**Counsel for Portland Natural Gas Transmission System and Gas Transmission Northwest Corporation**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re:

CALPINE CORPORATION, *et al.*,

                            Debtors.
-----------------------------------------------------------x
PORTLAND NATURAL GAS TRANSMISSION
SYSTEM and GAS TRANSMISSION NORTHWEST
CORPORATION,

                            Plaintiffs,

            -against-

CALPINE CORPORATION, *et al.*,

                            Defendants.
-----------------------------------------------------------x

Chapter 11

Bankruptcy Case No. 05-60200 (BRL)
(Jointly Administered)

Case No. 1:07-cv-09584 (GEL)

**AFFIDAVIT**

## AFFIDAVIT OF SERVICE

MARLENA GRAZIANO, duly sworn, deposes and says:

1. I am over 18 years of age, reside in the County of Suffolk, State of New York and am not a party to the above action.

2. On December, 2007, I caused to be served a copy of the *Motion for Admission, Pro Hac Vice, of Craig Tadlock* via first class mail by depositing true copies thereof enclosed in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and

custody of the United States Postal Service addressed to the parties on the service list annexed hereto:

                                                        Marlena Graziano

Sworn to before me this
6th day of December, 2007

_____
Notary Public

Jeffrey Zawadzki
Notary Public, State of New York
No. 01ZA5067204
Qualified in Queens County
Commission Expires Oct. 15, 2010

## **SERVICE LIST**

Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
Attn:     Edward Sassower
           Richard Cieri

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:     Paul Schwartzberg

Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Attn:     Alan W. Kornberg
           Andrew N. Rosenberg
           Elizabeth R. McColm

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn:     David Mack
           Peter Pantaleo

Kirkland & Ellis LLP
200 East Randolph Street
Chicago, IL 60601
Attn:     David R. Seligman
           Marc Kieselstein
           James J. Mazza, Jr.
           Mark E. McKane

Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
Attn:     Steven B. Levine

Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022-2524
Attn:     Michael S. Stamer
           Philip C. Dublin
           Alexis Freeman

Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn:     Gary Kaplan
           Brad E. Scheler
           Adrian Feldman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                              Chapter 11

CALPINE CORPORATION, *et al.*,                                      Bankruptcy Case No. 05-60200 (BRL)
                                                                    (Jointly Administered)
                                        Debtors.
------------------------------------------------------------x
PORTLAND NATURAL GAS TRANSMISSION
SYSTEM and GAS TRANSMISSION NORTHWEST
CORPORATION,                                                        Case No. 1:07-cv-09584 (GEL)

                                        Plaintiffs,

            -against-                                               **ORDER FOR ADMISSION**
                                                                    **PRO HAC VICE**
CALPINE CORPORATION, *et al.*,                                      **ON WRITTEN MOTION**

                                        Defendants.
------------------------------------------------------------x

## ORDER FOR ADMISSION, PRO HAC VICE, OF CRAIG TADLOCK

Upon the motion of Mark T. Power of Hahn & Hessen LLP, attorney for Plaintiffs, and his affidavit in support thereof;

**IT IS HEREBY ORDERED** that

>   Craig Tadlock
>   ELROD, PLLC
>   500 N. Akard Street, Suite 3000
>   Dallas, TX 75201
>   Tel: (214) 855-5188
>   Fax: (214) 855-5183
>   ctadlock@elrodtrial.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the local Rules of this Court, including the Rules governing discipline of

attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>.

Dated: _____, 2007
      New York, New York

                                                _____
                                                United States District/Magistrate Judge