**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07
```

-----------------------------------------------------------------x

In re:                                           Chapter 11

CALPINE CORPORATION, *et al.*,                   Bankruptcy Case No. 05-60200 (BRL)
                                                 (Jointly Administered)
                              Debtors.
-----------------------------------------------------------------x
PORTLAND NATURAL GAS TRANSMISSION
SYSTEM and GAS TRANSMISSION NORTHWEST
CORPORATION,                                     Case No. 1:07-cv-09584 (GEL)

                              Plaintiffs,

              -against-                          **ORDER FOR ADMISSION**
                                                 **PRO HAC VICE**
CALPINE CORPORATION, *et al.*,                   **ON WRITTEN MOTION**

                              Defendants.
-----------------------------------------------------------------x

### ORDER FOR ADMISSION, PRO HAC VICE, OF CRAIG TADLOCK

Upon the motion of Mark T. Power of Hahn & Hessen LLP, attorney for Plaintiffs, and his

affidavit in support thereof;

**IT IS HEREBY ORDERED** that

> Craig Tadlock
> ELROD, PLLC
> 500 N. Akard Street, Suite 3000
> Dallas, TX 75201
> Tel: (214) 855-5188
> Fax: (214) 855-5183
> ctadlock@elrodtrial.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above-captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing before

this Court are subject to the local Rules of this Court, including the Rules governing discipline of

attorneys.   If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov.


Dated: _____Dec  04____ , 2007
       New York, New York


_____
United States District/Magistrate Judge