```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :
                                                             :   Chapter 11
Calpine Corporation, et al.,                                 :
                                                             :   Case No. 05-60200 (BRL)
                                    Debtors.                 :   (Jointly Administered)
------------------------------------------------------------ x
Portland Natural Gas Transmission System and                 :
Gas Transmission Northwest Corporation,                      :
                                                             :
                                    Plaintiffs,              :   Case No. 07-cv-09584 (GEL)
                                                             :
         - against -                                         :
                                                             :
Calpine Corporation, et al.,                                 :   **ORDER GRANTING MOTION
                                                             :   FOR ADMISSION *PRO HAC VICE***
                                    Defendants.              :
------------------------------------------------------------ x

### ~~[PROPOSED]~~ ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above captioned matter is GRANTED. The admitted attorneys, James W. Draughn, Jr., P.C. and Ashley C. Parrish, are permitted to argue or try this particular case and related cases in whole or in part as counsel or advocate.

This Order confirms your appearance as counsel for Calpine Corporation, et al. in this case and any related cases, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorneys admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: Dec 14, 2007

_____
United States District Judge

cc:   David W. Elrod
      Court File

1