UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07
```

-------------------------------------------------------------------x

In re:

CALPINE CORPORATION, *et al.*,

                           Debtors.

-------------------------------------------------------------------x

PORTLAND NATURAL GAS TRANSMISSION
SYSTEM and GAS TRANSMISSION NORTHWEST
CORPORATION,

                           Plaintiffs,

         -against-

CALPINE CORPORATION, *et al.*,

                           Defendants.

-------------------------------------------------------------------x

Chapter 11

Bankruptcy Case No. 05-60200 (BRL)
(Jointly Administered)

Case No. 1:07-cv-09584 (GEL)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

## ORDER FOR ADMISSION, PRO HAC VICE, OF DAVID W. ELROD

Upon the motion of Mark T. Power of Hahn & Hessen LLP, attorney for Plaintiffs, and his affidavit in support thereof;

**IT IS HEREBY ORDERED** that

                      David W. Elrod
                      ELROD, PLLC
                      500 N. Akard Street, Suite 3000
                      Dallas, TX 75201
                      Tel: (214) 855-5188
                      Fax: (214) 855-5183
                      delrod@elrodtrial.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: Dec. 14, 2007
New York, New York

_____
United States District/~~Magistrate~~ Judge