UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: CALPINE CORPORATION et al.,

                      Debtors.

Case No. 05-60200 (BRL)
(Jointly Administered)

------------------------------------------------------------x

PORTLAND NATURAL GAS TRANSMISSION
SYSTEM and GAS TRANSMISSION
NORTHWEST CORPORATION,

                      Plaintiffs,

        -v-

CALPINE CORPORATION et al.,

                      Defendants.

07 Civ. 9584 (GEL)

ORDER

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/08

GERARD E. LYNCH, District Judge:

      The Court has received a letter from co-counsel for plaintiffs dated January 2, 2008, advising that the parties have reached a settlement of all outstanding disputes in the above-captioned cases. The letter indicates that the settlement was ordered by the Bankruptcy Court on December 19 and 21, 2007, prior to the entry on January 2, 2008, of this Court's Order denying plaintiffs' motion to withdraw the bankruptcy reference.

      Accordingly, it is hereby ORDERED that plaintiffs' motion to withdraw the bankruptcy reference (Doc. # 1) is deemed withdrawn, and that this Court's Order (Doc. # 20) is vacated. The Clerk of the Court is respectfully directed to close the case.

SO ORDERED.

Dated: New York, New York
       January 2, 2008

                                                  _____
                                                  GERARD E. LYNCH
                                                  United States District Judge